**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION. | ) | MDL No. 1387<br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned counsel to the parties in the actions listed in Exhibit A that the undersigned anticipate that the actions listed in Exhibit A will be transferred to the Multidistrict Litigation entitled *In Re Protegen Sling and Vesica System Products Liability Litigation*, MDL No. 1387, after which they will be subject to a Case Management Order which provides:

> Defendant filed a Master Answer to the Master Complaint on June 5, 2001. The Master Answer shall constitute an answer in each Individual Case now pending or subsequently added to this proceeding, and automatically amends any other answers filed in those cases. Defendant otherwise need not file answers in any Individual Case pending in or subsequently added to this proceeding.

IT IS FURTHER STIPULATED AND AGREED that in anticipation of the transfer of the actions listed in Exhibit A to MDL No. 1387 that Cory Watson Crowder & Degaris, PC, national counsel to the plaintiffs in the actions listed in Exhibit A and Kaye Scholer LLP, national counsel to Boston Scientific in the actions listed in Exhibit A, have stipulated and agreed to an indefinite extension of time for Boston Scientific to answer in any action filed in any federal court. A true and correct copy of said stipulation is attached hereto as Exhibit B.

IT IS FURTHER STIPULATED AND AGREED that the indefinite extension of time to answer as set forth Exhibit B applies to the actions listed on Exhibit A hereto and that because

APR 2 2002
RICHARD D. SLETTEN, CLERK

DN: 141612

of the stipulation set forth in Exhibit B and the anticipated transfer of the cases in Exhibit A to the MDL, the undersigned agree to permit Boston Scientific an indefinite extension of time to answer as set forth above.

Dated: 3/8/02

RANDALL & SCHUMACHER, PA

By ______________________
Stephen J. Randall
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, Minnesota 55415
Telephone: 612-332-0351

ATTORNEYS FOR PLAINTIFFS

Dated: 3/7/02

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON P.A.

By: ______________________
Tracy J. Van Steenburgh Reg. No. 141173
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-1838

ATTORNEYS FOR DEFENDANT

***SO ORDERED***:

Dated: March 11, 2002

______________________
United States District Judge

**EXHIBIT A**

| | |
|---|---|
| Virginia Berg v. | 02-CV-309 JMR/FLN |
| Lynn Aguiar v. | 02-CV-311 DSD/JMM |
| Rita Hager v. | 02-CV-312 PAM/SRN |
| Marianne Francisco v. | 02-CV-313 PAM/JGL |
| Janet Jackson and Clarence Jackson v. | 02-CV-314 JMR/FLN |
| Sandra Jacobson and Lee Jacobson v. | 02-CV-315 JMR/FLN |
| Joyce Lindhorst and Jack Lindhorst v. | 02-CV-316 JMR/FLN |
| Pam Brady and Michael Bender v. | 02-CV-317 PAM/JGL |
| Wilma Clay and Jerry Clay v. | 02-CV-318 ADM/SRN |
| Donna Daugherty and Harold Daughterty v. | 02-CV-319 DSD/JMM |
| Donna Dennis v. | 02-CV-320 DSD/JMM |
| Sally Duncan v. | 02-CV-321 JMR/FLN |
| Sue Martinez and Benjamin Martinez v. | 02-CV-322 JMR/FLN |
| Cathleen Earley v. | 02-CV-323 JRT/FLN |
| Alta Partlow v. | 02-CV-324 JRT/SRN |
| Irene Pelikan and Lou Pelikan v. | 02-CV-325 DSD/JMM |
| Sandra Smith and David Smith v. | 02-CV-326 PAM/JGL |
| Dessie Szakacs v. | 02-CV-327 JMR/FLN |
| Emogene Tipton v. | 02-CV-328 JRT/FLN |
| Lillian Wollman and David Wollman v. | 02-CV-329 RHK/JMM |
| Margherita Heron v. | 02-CV-330 JMR/SRN |

EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| **In re PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No.: 1:01-01387**<br>**MDL No. 1387**<br>**(Centralized before Hon. Benson Everett Legg, Judge)** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that Boston Scientific Corporation's ("Boston Scientific") time to answer is indefinitely extended in any action filed in any federal court by or on behalf of plaintiffs who allege injury as a result of implantation of a ProteGen™ Sling and who are represented by the firm of Cory, Watson, Crowder & DeGaris.

IT IS FURTHER STIPULATED AND AGREED that the undersigned parties anticipate such actions will be transferred to the Multidistrict Litigation entitled *In Re PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION* after which they will be subject to a Case Management Order which provides

> Defendant filed a Master Answer to the Master Complaint on June 5, 2001. The Master Answer shall constitute an answer in each Individual Case now pending or subsequently added to this proceeding, and automatically amends any other answers filed in those cases. Defendant otherwise need not file answers in any Individual Case pending in or subsequently added to this proceeding.

30316417.WPD

IT IS FURTHER STIPULATED AND AGREED that the indefinite extension of time to answer, set forth above, applies to any such action that has been served upon, but not yet answered by, Boston Scientific, as well as to any such action which will be served upon Boston Scientific in the future.

Dated: July 19, 2001

CORY WATSON CROWDER & DEGARIS, PC

By: [signature]

C. ANTHONY GRAFFEO, ESQ.

Attorneys for Plaintiffs
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

KAYE SCHOLER LLP

By: [signature] (2468)

JUNE A. O'HEA, ESQ.

Attorneys for Boston Scientific Corporation
425 Park Avenue
New York, New York 10022
(212) 836-7785